James J. Sienicki - 009294
Ronald W. Messerly - 020582
**SNELL & WILMER L.L.P.**
400 E. Van Buren
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6351
jsienicki@swlaw.com
rmesserly@swlaw.com
*Attorneys for Intervenor American Council of Engineering Companies of Arizona*

Keith F. Overholt - 007473
Michael J. Farrell - 015056
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
koverholt@jsslaw.com
mfarrell@jsslaw.com
*Attorneys for Intervenor Associated General Contractors of America, Arizona Chapter*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MIRIAM FLORES, individually and as parent of Miriam Flores, a minor child, et al., | No. CIV 92-596-TUC-RCC |
| Plaintiffs, | **MOTIONS TO INTERVENE AND ALTERNATIVE MOTION TO FILE BRIEF *AMICUS CURIAE*** |
| vs. | |
| STATE OF ARIZONA, et al., | |
| Defendant. | |
| AMERICAN COUNCIL OF ENGINEERING COMPANIES OF ARIZONA; and ASSOCIATED GENERAL CONTRACTORS OF AMERICA, ARIZONA CHAPTER, | |
| Intervenors. | |

1712668.3

## I. MOTION FOR INTERVENTION OF RIGHT.

Pursuant to Rule 24(a), Fed. R. Civ. Proc., American Council of Engineering Companies of Arizona ("ACEC") and Associated General Contractors of America, Arizona Chapter ("AGC"), apply to this court to be admitted as Intervenor-Defendants for the narrow and limited purpose of opposing the specific relief sought by Plaintiffs' Motion for Sanctions [doc. 296 (Plaintiffs' Motion)], namely Plaintiffs' request that this Court enjoin Defendant State of Arizona (the "State") from receiving federal highway funds. ACEC and AGC (collectively, "Intervenors") are member organizations whose members perform contracts with the State that are funded by the federal monies which Plaintiffs' seek to have restrained. The interests of their members are directly affected and those interests would be directly impaired if the relief sought by Plaintiffs were granted. Moreover, because of the impact and effect of restraining such funds would have on Intervenors' members is unique as to any current party to the case, Intervenors' interests are not otherwise adequately represented in the matter.

## II. ALTERNATIVE MOTION FOR PERMISSIVE INTERVENTION.

In the alternative, Rule 24(b), Fed. R. Civ. Proc., Intervenors apply to this court to be admitted as Intervenor-Defendants for the narrow and limited purpose of opposing the specific relief sought by Plaintiffs' Motion for Sanctions [doc. 296], namely Plaintiffs' request that this Court enjoin the State from receiving federal highway funds. Intervenors' claims and defenses have common questions of law with the issues presented in Plaintiffs motion.

## III. ALTERNATIVE MOTION FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE*

In the alternative to both motions to intervene stated above, ACEC and AGC seek leave of the Court to file a brief *amicus curiae* addressing both the propriety and the

power of this Court to grant the specific relief sought by Plaintiffs' Motion for Sanctions [doc 296], namely Plaintiffs' request that this Court enjoin the State from receiving federal highway funds.

These motions are supported by the accompanying Memorandum In Support of Motions to Intervene and Alternative Motion to File Brief *Amicus Curiae* and the records and files of this Court. In addition, in accordance with Rule 24(c), Fed. R. Civ. Proc., Intervenors have filed the accompanying Memorandum in Support of Motions to Intervene and Alternative Motion to File a Brief *Amicus Curiae.*

RESPECTFULLY SUBMITTED this 18th day of August, 2005.

SNELL & WILMER L.L.P.

By: /s/ Ronald W. Messerly
James J. Sienicki
Ronald W. Messerly
400 E. Van Buren
One Arizona Center
Phoenix, AZ 85004-2202
*Attorneys for Intervenor American Council of Engineering Companies of Arizona*

- and -

JENNINGS, STROUSS & SALMON, P.L.C.

By: /s/ Michael J. Farrell
Keith F. Overholt
Michael J. Farrell
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
*Attorneys for Intervenor Associated General Contractors of America, Arizona Chapter*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on August 18, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy M. Hogan - thogan@aclpi.org
Joy Herr-Cardillo - jherrcardillo@aclpi.org

☒ I hereby certify that on August 18, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Jose A. Cardenas, Esq.
Lynne C. Adams, Esq.
Lewis and Roca LLP
40 N. Central, Ste. 1900
Phoenix, AZ 85004-4429

Susan Segal, Esq.
Office of the Attorney General
1275 W. Washington
Phoenix, AZ 85007-2997

/s/ Stacy Palmer
Stacy Palmer

1712668.3

- 4 -