Case 4:92-cv-00596-RCC   Document 386   Filed 03/10/06   Page 1 of 3

Timothy M. Hogan (004567)
Joy Herr-Cardillo (009718)
ARIZONA CENTER FOR LAW
IN THE PUBLIC INTEREST
202 E. McDowell Rd., Ste. 153
Phoenix, Arizona 85004
(602) 258-8850
thogan@aclpi.org;
jherrcardillo@aclpi.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MIRIAM FLORES, individually and as parent of Miriam Flores, a minor child, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF ARIZONA, et al., <br><br> Defendants. | Case No. CIV 92-596-TUC-RCC <br><br> **PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE** |

     Plaintiffs hereby adopt the State of Arizona's response to the Motion to Intervene of the Speaker of the Arizona House of Representatives and the President of the Arizona Senate on behalf of their respective bodies. Plaintiffs do not object to intervention of the Speaker and the President so long as their intervention does not delay these proceedings

and that it is understood that their intervention subjects the state legislature and its members to the jurisdiction of this Court.

Further, Plaintiffs support the State of Arizona's request that briefing on the Motion to Purge filed by the Speaker and the President be set consistent with the schedule established by the Court so that responses by the existing parties would be filed on March 24 and that the Speaker and President can file their reply, if any, on March 31. Plaintiffs also support the state's request that the hearing now scheduled for April 3 at 1:30 p.m. include any oral argument on the Motion to Purge.

RESPECTFULLY SUBMITTED this 10th day of March, 2006.

ARIZONA CENTER FOR LAW IN THE
PUBLIC INTEREST

By: s/ Timothy M. Hogan
Timothy M. Hogan
Joy Herr-Cardillo
202 E. McDowell Rd., Suite 153
Phoenix, Arizona 85004
Attorneys for Plaintiffs

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Lynne C. Adams | ladams@lrlaw.com; cmarino@lrlaw.com |
| Eric J. Bistrow | ebistrow@beattorneys.com<br>Pearl@bcattorneys.com |
| Jose A. Cardenas | jcardenas@lrlaw.com; kwochos@lrlaw.com |
| Kimberly A. Demarchi | kdemarchi@lrlaw.com; dgarrett@lrlaw.com |
| Michael J. Ferrell | mfarrell@jsslaw.com; kroberts@jsslaw.com |
| David D. Garner | dgarner@lrlaw.com; pnavarro@lrlaw.com |
| Ronald W. Messerly | rmesserly@swlaw.com; rboyer@swlaw.com;<br>mharryman@swlaw.com; docket@swlaw.com |
| Keith F. Overholt | koverholt@jsswlaw.com;<br>tvanchieri@jsslaw.com |
| Susan P. Segal | susan.segal@azag.gov |
| James J. Sienicki | jsienicki@swlaw.com; ddetjens@swlaw.com;<br>docket@swlaw.com |
| David J. Cantelme | djc@cantelaw.com |

s/Timothy M. Hogan

-3-