Eric J. Bistrow (002345)
BURCH & CRACCHIOLO, P.A.
702 East Osborn, Suite 200
P.O. Box 16882
Phoenix, Arizona 85011-6882
(602) 274-7611

Attorneys for Defendant Thomas C. Horne, Superintendent
of Public Instruction of the State of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MIRIAM FLORES, individually and as parent of Miriam Flores, a minor child, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ARIZONA, et. al. <br><br> Defendants. | Case No. CIV 92-596-TUC-RCC <br><br> **RESPONSE TO MOTION TO INTERVENE OF THOMAS C. HORNE, SUPERINTENDENT OF PUBLIC INSTRUCITON OF THE STATE OF ARIZONA** |

Defendant Thomas C. Horne, Superintendent of Public Instruction of the State of Arizona, does not object to the intervention of the Speaker and the President. Defendant requests that an appropriate order be entered granting the motion.

DATED this 13th day of March, 2006.

BURCH & CRACCHIOLO, P.A.

By /s/ Eric J. Bistrow
Eric J. Bistrow
702 East Osborn, Ste. 200
P.O. Box 16882
Phoenix, Arizona 85011-6882
Attorneys for Defendant Thomas C. Horne,
  Superintendent of Public Instruction of the
  State of Arizona

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and to the following CM/ECF registrants:

| | |
|---|---|
| Timothy M. Hogan | thogan@aclpi.org |
| Joy Herr-Cardillo | jherrcardillo@aclpi.org |
| Lynne Christensen Adams | ladams@lrlaw.com; cmarino@lrlaw.com |
| Jose A. Cardenas | jcardenas@lrlaw.com; kwochos@lrlaw.com |
| David D. Garner | dgarner@lrlaw.com; pnavarro@lrlaw.com |
| James J. Sienicki | jsienicki@swlaw.com |
| Ronald W. Messerly | rmesserly@swlaw.com |
| Keith F. Overholt | koverholt@jsslaw.com |
| Michael J. Farrell | mfarrell@jsslaw.com |
| Susan P. Segal | susan.segal@azag.gov |
| David J. Cantelme | djc@cantelaw.com |

*/s/ Eric J. [signature]*