## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)

Case No.:    CV- 92-596-TUC-RCC            Date:   March 14, 2006

Title:    **MIRIAM FLORES, et al., v. STATE OF ARIZONA, et al.,**

### HONORABLE RANER C. COLLINS

On March 8, 2006, and pursuant to Rules 24(a) and (b), Fed. R. Civ. P., the Speaker of the Arizona House of Representatives ("Speaker") and President of the Arizona Senate ("President"). filed a Motion to Intervene (Docket No. 382). Accordingly, IT IS HEREBY ORDERED THAT Permissive Intervention is **GRANTED** in this matter to both the Speaker and the President.

FURTHER, IT IS ORDERED that briefing on the Motion to Purge filed the Speaker and the President be set consistent with the schedule established by the Court on March 8, 2006, so that responses by existing parties would be filed on March 24, 2006, and the Speaker and the President can file there reply, if any, on March 31, 2006.

FURTHER, IT IS ORDERED that the Speaker and the President can include any argument in their brief on their Motion to Purge during the hearing scheduled for April 3, 2006 at 1:30 p.m.

Raner C. Collins
United States District Judge